Eastern District of Kentucky
FILED
SEP 26 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO.** 5:24-CR-090-KKC

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **ORDER FOR ARREST WARRANT**

**ARTEMIO UTRERA-PIMENTAL,**
**aka ARTEMIO UTRERA** **DEFENDANT**

* * * * *

The Court ORDERS that the Motion of the United States for an arrest warrant is GRANTED, and an arrest warrant shall issue for the Defendant, **ARTEMIO UTRERA-PIMENTAL, aka ARTEMIO UTRERA**.

On this 26th day of September 2024.

UNITED STATES MAGISTRATE JUDGE

Copies: United States Marshal
United States Probation
Ron L. Walker Jr., Assistant United States Attorney